UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 12-1351 AG (JPRx) | Date | August 29, 2012 |
|---|---|---|---|
| Title | JAE MOON CHUNG, et al. v. U.S. CITIZENSHIP AND IMMIGRATION SERVICES, et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

**Proceedings:**    **[IN CHAMBERS] ORDER TO SHOW CAUSE REGARDING JURISDICTION**

Plaintiffs recently filed a complaint with this Court alleging that Plaintiffs' immigration petition was unlawfully denied. Plaintiffs allege that the Department of Homeland Security has not yet initiated removal proceedings.

The Court ORDERS Plaintiffs to show cause at a hearing on October 8, 2012 at 10:00 am demonstrating why this Court has jurisdiction over this case, rather than the Ninth Circuit where immigration appeals are usually heard. The Court also ORDERS Plaintiffs to show cause at the hearing why this case is ripe for review considering that there is no final order of deportation.

Plaintiffs should file a brief on these issues no later than September 14, 2012, and Defendants may file an opposition by September 28, 2012.

                                                                                    :    0

                                            Initials of
                                            Preparer            lmb

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 12-1351 AG (JPRx) | Date | August 29, 2012 |
|---|---|---|---|
| Title | JAE MOON CHUNG, et al. v. U.S. CITIZENSHIP AND IMMIGRATION SERVICES, et al. | | |